IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **ACCREDITED HOME LENDERS HOLDING CO., et al.** | § § | Case No. 09-11516 (MFW) |
| | § | |
| Debtors.[1] | § § | JOINTLY ADMINISTERED |
| | | Re: Docket No. 3119 |

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE OF ACCREDITED HOME LENDERS, INC.

Upon consideration of the Certification of Counsel submitted by Meade A. Monger, authorized representative of AP Services, LLC in its capacity as Liquidating Trustee and Plan Administrator (collectively, the "Trustee") requesting that the Court close the case of Accredited Home Lenders, Inc., No. 09-11517, and this Court having previously entered an Order Granting Motion To (I) Estimate Remaining Unliquidated Claims, (II) Authorize Distributions, (III) Dissolve The Liquidating Trust, (IV) Close The Consolidated Debtor's Bankruptcy Proceeding, (V) Authorize Additional Liquidating Trust Expenses, And (VI) Modify The Order Appointing Kurtzman Carson Consultants, LLC As Claims Agent (the "Order") [Docket No. 3098], authorizing the closing of the case; and upon the representations of counsel that the conditions to the closing of the case have been satisfied; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Accredited Home Lenders Holding Co., a Delaware corporation (9482), Accredited Home Lenders, Inc., a California corporation (6859), Vendor Management Services, LLC d/b/a Inzura Settlement Services, a Pennsylvania limited liability company (8047), Inzura Insurance Services, Inc., a Delaware corporation (7089), and Windsor Management Co., d/b/a AHL Foreclosure Services Co., a California corporation (4056). The address for all Debtors is 9915 Mira Mesa Blvd., Ste. 120, San Diego, CA 92131. The bankruptcy cases for these debtors and debtors-in-possession are jointly administered under the bankruptcy case and style referenced above.

-1-

1. The bankruptcy case of Accredited Home Lenders, Inc. Case No. 09-11517 is hereby closed.

2. The Clerk of the Court shall enter this Order and Final Decree on the docket of Accredited Home Lenders, Inc., Case No. 09-11517 and thereafter such docket shall be marked as "Closed".

3. The case of Accredited Home Lenders Holding Co., Case No. 09-11516 shall remain open until such time as the Trustee files a further Certification of Counsel requesting that this case be closed.

4. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

5. This Court shall retain jurisdiction to construe and enforce the terms of this Order and Final Decree.

Wilmington, Delaware
Date: February 27, 2013

The Honorable Mary F. Walrath
United States Bankruptcy Judge